# Exhibit E



| | | WELLS FARGO BANK, N.A.<br>www.wellsfargo.com<br>64-22/610 | | 2444 |
|---|---|---|---|---|
| **WORLD BRIDGE LOGISTICS, INC.**<br>4500 SATELLITE BLVD STE 2300<br>DULUTH, GA 30096 | | | 2444 | 10/26/2015 |

PAY TO THE ORDER OF  HANJIN SHIPPING                                $  *******30.00

*** THIRTY AND 00/100 ***                                                                    DOLLARS

HANJIN SHIPPING
3075 W. RAY ROAD, SUITE 500
CHANDLER, AZ 85226

MEMO                                                          Seon S. (signature)
                                                              AUTHORIZED SIGNATURE

⑈000000 2444⑈ ⑆061000227⑆ 8965710885⑈

---

**WORLD BRIDGE LOGISTICS, INC.**                                                      2444

| Pay To | Check No. | Check Amount | Check Date |
|---|---|---|---|
| HANJIN SHIPPING | 2444 | 30.00 | 10/26/2015 |

| Invoice No. | Reference No. | Your Reference No. | A/R | A/P |
|---|---|---|---|---|
| PGA111206 | GE2015-10 | PHR08359 | | 30.00 |

Case 3:15-cv-01506   Document 1-6   Filed 12/22/15   Page 2 of 2 PageID #: 35