# Exhibit F

yp | Browse ▼ | What do you want to find? | near | Tallahassee, FL | 🔍 | Sign In | Join

Home > Trucking near Atlanta, GA > World Bridge Logistics

# World Bridge Logistics

**Write a Review**

2730 Sullivan Rd, Atlanta, GA 30337
📞 (404) 761-1460

+ Be the first to add a photo

✎ Suggest an Edit

**Map & Directions**

| BUSINESS DETAILS | REVIEWS |

**2 YEARS** in Business

Hours: Do you know the hours for this business?

Sponsored Links

AKA: Sean Kim - World Bridge Logistics
Category: Trucking

☑ Claim this Business »

## REVIEWS

Write a review...  ☆☆☆☆☆ Click to rate

Sponsored Links

---

**FEATURED COLLECTION** NEW!

Best Stocking-Stuffer Shopping In Nashville
15 businesses in this collection

View All Featured Collections »

**PEOPLE ALSO VIEWED**

**Clack Doug Trucking Co Inc**
Loganville, GA

**Vi Express Inc**
4854 Old National Hwy, Atlanta, GA

**Asiana Transport INC**
2730 Sullivan Rd, Atlanta, GA

**Gorilla Transport**
4854 Old National Hwy, Atlanta, GA

**The Rising Son Express Inc**
4854 Old National Hwy, Atlanta, GA

*Paid Advertisement*

---

**ABOUT**
About Us
Site Feedback
Contact Us
Advertise with Us
Careers - We're Hiring
Corporate Blog
Engineering Blog
Legal | Terms of Service and Use
Privacy Policy
Small Business Advertising
Advertising Choices
About Call Recording

**SITE DIRECTORY**
Articles
News
Find a Business
White Pages
Mobile Apps
Reverse Phone Lookup
Site Map
Browse Restaurants

**CITY GUIDES** More Cities »
Atlanta        Detroit        Miami
Austin         Houston        Milwaukee
Baltimore      Indianapolis   New York
Boston         Kansas City    Oklahoma City
Charlotte      Las Vegas      Orlando
Chicago        Los Angeles    Philadelphia
Dallas         Louisville     Phoenix
Denver         Memphis        Saint Louis

**YP℠ FAMILY**
Corporate Site
Marketing Solutions
AnyWho

**AT&T FAMILY**
AT&T
AT&T Wireless

© 2015 YP LLC. All rights reserved.
YP, the YP logo and all other YP marks contained herein are trademarks of YP LLC and/or YP affiliated companies.
AT&T, the AT&T Logo and all AT&T related marks are trademarks of AT&T Inc. or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

TRUSTe Certified Privacy

Case 3:15-cv-01506   Document 1-7   Filed 12/22/15   Page 2 of 10 PageID #: 37



 Products | News & Advice | Community | Find a Business | + ADD BUSINESS

U.S. > College Park, GA > Car Rental > Transportation Services, NEC > Transportation > World Bridge Logistics

# World Bridge Logistics

2730 Sullivan Road
College Park, GA 30337 - View Map
Phone: (404) 761-1460
Ads

Own This Business?

**Butler Trucking Job** No Touch Policy. Great Pay Pkg Full Medical Benefits. Apply Today!

driveforbutler.com/Apply_Today

World Bridge Logistics
A privately held company in College Park, GA. *Is this your business? Claim This Profile*

**More Details for World Bridge Logistics**
Categorized under Transportation. Our records show it was established in 2013 and incorporated in Georgia. Current estimates show this company has an annual revenue of 84000 and employs a staff of approximately 2.

**Company Contacts**
*Is this your business? Claim This Profile*

### Additional Information

- Map
- Web Results



## Business Information

| | |
|---|---|
| Location Type | Single Location |
| Year Established | 2013 |
| Annual Revenue Estimate | 84000 |
| SIC Code | 4789, Transportation Services, NEC |
| NAICS Code | 488999, All Other Support Activities for Transportation |
| Business Categories | Transportation in College Park, GA<br>Transportation services, nec<br>Transportation Services |

### More Businesses Like This

- Carson Transportation Inc — Transportation in Atlanta, GA
- Btk Transportation Inc — Transportation in College Park, GA
- Black Star Logistics Inc — Transportation in Atlanta, GA
- Nationa Freight — Transportation in Atlanta, GA
- Jackson Auto Logistic — Transportation in College Park, GA

### Browse By City

- Dallas, GA — Transportation (52)
- Hampton, GA — Transportation (37)
- Decatur, GA — Transportation (79)
- Rex, GA — Transportation (22)
- Duluth, GA — Transportation (47)

### Browse By Categories

- Transportation in College Park, GA (60)
- Pipeline Terminal Facilities, Independently Operated in College Park, GA (2)
- Car Loading and Unloading in College Park, GA (1)
- Cargo Loading and Unloading Services in College Park, GA (1)

 Products | News & Advice | Community | Find a Business | + ADD BUSINESS

U.S. > College Park, GA > Car Rental > Transportation Services, NEC > Transportation > World Bridge Logistics

## The place for small business. manta

### 💡 Learn
Build your knowledge about all things important to small business through daily tips, topical articles and Manta's wide-range of industry research. You can even sign up for monthly webinars. View the latest articles!

### 💬 Discuss
Give advice. Get advice. Share your unique experience and discuss relevant topics with other small business owners in the brand new Manta Community. Join the conversation!

### 📢 Promote
Find out how to best utilize the Manta Directory by adding or claiming your company's listing, and what tools are available to help promote your business. Take a look!

About | News | Careers | Help | Advertise | Contact

Are you a small business? Create your free company profile.

© Manta Media Inc. All rights reserved
By using this site, you agree to these terms.
Privacy Policy and Terms & Conditions | Community Guidelines - Site Map

Blog | Twitter |  Facebook |  Google+

Case 3:15-cv-01506   Document 1-7   Filed 12/22/15   Page 3 of 10 PageID #: 38








Real Estate | Rentals | Cars | Today's Paper | Going Out Guide | Find&Save

The Washington Post | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | Cars | More

# The Washington Post

**In the News** Paris attacks | Democratic debate | Ronda Rousey | Donald Trump | Cold myths

ADVERTISEMENT

Edit Business Listing / Remove Business Listing

## Washington Post Yellow Pages

[Like] [Tweet] [G+1]

Atlanta, GA > Best > Logistics Freight > World Bridge Logistics

[Find] Businesses, products, or services | in | Atlanta, GA | [SEARCH]

### World Bridge Logistics
★★★★★
0 Reviews

(404) 761-1460
Duluth
Atlanta, GA 30344

**Transportation**
**Ground Transportation**
**Freight Consolidators And Distributors**

[Map and Directions]

---

**Echo Global Logistics** — ★★★★★ — 0.4 Miles
☎ (678) 412-6299
1375 Peachtree St Ne, Atlanta, GA 30309

**Falcone Capital Holdings, LLC** — ★★★★★ — 3.5 Miles
☎ (404) 381-8739
3348 Peachtree Rd Ne Tower 200 Ste, ATLANTA, GA 30326

**Oceana Global Logistics LLC** — ★★★★★ — 1.4 Miles
☎ (404) 410-7994
845 Spring St Nw, Atlanta, GA 30308



---

**ADS RELATED TO**

**Instant Freight Quotes**
Online Comparisons. Great Value and Quality Services from Top Carriers.
Serving your area
FreightCenter.com/Freight-Quote
- Instant Freight Quotes
- 5-Star Reviews
- Shipping To & From Canada
- Our Best Price Guarantee

**Heavy Freight Shipping**
Looking for premiere logistics? Call us now for a quote and booking!
Serving your area
Precision-Int.com

**Logistics Freight**
Logistics Freight Search Now! Over 85 Million Visitors.
Serving your area
About.com/Logistics Freight
Search About.com – About.com Home – The About.com Story – 100+ Topics – 1000 Expert Writers – Trusted Guides

---

**Business Info** | Reviews

**Description**
@DULUTH TELNO

**Phone Numbers**
main: (404) 761-1460

**Vanity City Name**
Atlanta

**Featured Businesses**

| Atlanta Customs Brokers | FEATURED |
| Atlanta, GA | ★★★★★ |
| ☎ View Phone | |

| Navis Pack & Ship | FEATURED |
| Atlanta, GA | ★★★★★ |
| Get anything to anywhere with care, go NAVIS! | |
| ☎ View Phone | |

| Jean D Duncan Customs Brokers Inc | FEATURED |
| Atlanta, GA | ★★★★★ |
| We help small importers become large importers. | |
| ☎ View Phone | |

---

**ADS RELATED TO**

**Negotiate Transportation**
Reduce Costs & Increase Performance -30 Years of Industry Experience.
Serving your area
www.establishinc.com

**Logistics Freight Search**
Logistics Freight Info. Try a new search on alot.com!
Serving your area
alot.com/logistics-freight

**Ship Freight To/From USA?**
Award-winning Canadian Freight Company. Great Rates & Service!
Serving your area
www.ShipNorthAmerica.com







The Washington Post | SUBSCRIBE | PostTV | Politics | Opinions | Local | Sports | National | World | Business | Tech | Lifestyle | Entertainment | Jobs

**More ways to get us**
Home delivery | Washington Post Live
Digital Subscription | Reprints & Permissions
Mobile & Apps | Post Store
Newsletters & Alerts | Photo Store
Gift Subscriptions | e-Replica
Archive
RSS
Facebook
Twitter

**Contact Us**
Help & Contact Info
Reader Representative
Digital Advertising
Newspaper Advertising
News Service & Syndicate

**About Us**
In the community
Careers
PostPoints
Newspaper in Education
Digital Publishing Guideline

**Partners**
WP BrandConnect | Capital Business
WP BRANDCONNECT › Capitol Deal | Express
The Capital Deal | ExpressNightOut.com
Fashion Washington | Find&Save
FASHION WASHINGTON | findthebest
El Tiempo Latino | Root DC Live
El Tiempo Latino | twp wire
Magazine
PARADE

Digital Products Terms of Sale | Print Products Terms of Sale | Terms of Service | Privacy Policy | Submissions and Discussion Policy | RSS Terms of Service | Ad Choices

washingtonpost.com | © 1996-2015 The Washington Post

Copyright 2015 Local.com Ltd - US Patent 7,231,405 - Privacy Policy - Terms of Service
Some data provided by Acxiom.
OUR PRIVACY POLICY HAS CHANGED. PLEASE SEE THE PRIVACY POLICY LINK ABOVE.

Case 3:15-cv-01506   Document 1-7   Filed 12/22/15   Page 5 of 10 PageID #: 40

< See More Results

Select City ⌄

# World Bridge Logistics ♡

★★★★★ 0 Ratings | 0 Reviews

4500 Satellite Blvd, Ste 2300
Duluth, GA 30096

**770-449-9408**


Add Photo



Get Directions | View Large Map

| **DETAILS** | PHOTOS | REVIEWS |

Social: [f] [t]

Categories: Logistics , Trucking Companies

✎ Suggest and Update  |  ⚙ Business Owner - Manage this Listing

### Are You the Business Owner?

Claim your free business listing on Superpages.com and add important information about your business online. The more reviews and additional information you provide about your business, the easier it will be for customers to find you online.

**Claim This Business**

## PHOTOS


Add Photo

Data provided by one or more of the following: Dex Media, Acxiom, Infogroup, Yext.



**DIRECTORY**
Free Advertising
Delivery Opt-Out
Maps & Directions
State Directory
White Pages

**FEATURES**
City Guides
Featured Businesses
Popular Categories
Enlighten Me
Lottery Results
Weather Forecasts
Superpages Mobile

**ABOUT**
About Superpages
Advertise With Us
Contact Us
Patents
Site Map

### Claim your Free Listing

Claim your free business listing on Superpages. The more information you provide about your business, the easier it will be for your customers to find you online.

**Get your Free Listing**

Copyright © 2015 Dex Media, Inc. All rights reserved. | Terms & Conditions | Privacy Policy

Connect with us on [f] [t] [g+] [p] [i]

Case 3:15-cv-01506   Document 1-7   Filed 12/22/15   Page 6 of 10 PageID #: 41








- Follow
- Home | Load Board | Trucking Companies | Truck Driving Jobs | Medical Examiners | Freight Brokers | Trucking Blog | Resources | About

Home > USA Trucking Companies > Georgia > Duluth > World Bridge Logistics Inc

# World Bridge Logistics Inc (Georgia Transport Company)

### Company Overview

World Bridge Logistics Inc is an active carrier operating under USDOT Number 2421646.

| | |
|---|---|
| Total Trucks | 5 |
| Tractors Owned | 0 |
| Trailer Owned | 0 |
| Total Drivers | 18 |
| USDOT | 2421646 |
| MCS-150 Mileage Year | 2014 |
| MCS-150 Date | 17-Mar-2015 |
| MCS-150 Mileage | 900000 |
| Does World Bridge Logistics Inc transport Hazardous Material? | No |
| Carrier Operation | Interstate |
| World Bridge Logistics Inc in business since | 15-Jul-2013 |



Moving In Tucson?
tucsonprofessionalmover.com
Professional Moving Company Mention this ad - 10% off
Track Your Package Here
Moving Out of State?
Moving Out of State?

### Company Contact Info

World Bridge Logistics Inc
4500 Satellite Blvd Suite 2280
Duluth, GA 30096
678-733-7080
678-957-0893

### Cargo Hauled by World Bridge Logistics Inc

| General Freight | Intermodal |
|---|---|

### Do you operate World Bridge Logistics Inc business?

QuickTSI will provide this website/profile as a **marketing platform for World Bridge Logistics Inc**. Let potential shippers learn more about World Bridge Logistics Inc. QuickTSI will publish World Bridge Logistics Inc. business information here.

[Submit Information]

- Add Your Trucking Company
- Add Freight Broker Company
- Find Loads/Trucks
- Search Trucking Companies
- Refrigerated Trucking Companies
- FMCSA Certified Medical Examiners
- CDL Physical Exam Locations
- Freight Factoring Companies
- Need Cash Now! Ready to grow your Business?
- Fleet Management - GPS Tracking
- Truck Driving Schools
- Truck Steps
- Truck & Trailer Wash Locations
- Daily Fuel Prices
- Freight Forwarders
- Process Agents
- Truck Service & Repair Companies
- Cargo Insurance
- Transport News
- Trucking Resources
- Green Transport
- Trucking Freight Glossary
- AR Collection Companies
- Truck Decal Wrap Companies

### World Bridge Logistics Inc. Safety Measurement System Data
Last Updated Nov 2015

| | |
|---|---|
| Total Number of Inspections for the measurement period (24 months) | 32 |
| Total Number of Driver Inspections for the measurement period | 32 |
| Total Number of Driver Inspections containing at least one Driver Out-of-Service Violation | 0 |
| Total Number of Vehicle Inspections for the measurement period | 16 |
| Total Number of Vehicle Inspections containing at least one Vehicle Out-of-Service violation | 6 |
| **World Bridge Logistics Inc Unsafe Truck Driving Data** | |
| Number of inspections with at least one Unsafe Driving BASIC violation | 3 |
| Unsafe Driving BASIC Roadside Performance Measure Value | 1.45 |
| Unsafe Truck Driving BASIC Roadside Performance | 12 |
| Unsafe Truck Driving BASIC Roadside Performance Over Threshold Indicator (Y = Over Intervention Threshold) | N |
| Unsafe Truck Driving BASIC Serious Violation Indicator (Y = Serious Violation from investigation within previous 12 months) | N |
| Unsafe Truck Driving Overall BASIC Indicator (Y - Roadside Performance Percentile over threshold and/or Serious Violation within previous 12 months) | N |

24/7 DOT Truck Permits
We Make Ordering Temporary Permits Easy & Cost-Effective

| | |
|---|---|
| **World Bridge Logistics Inc Fatigued Truck Driving Data** | |
| Number of inspections with at least one Hours-of-Service BASIC violation | 13 |
| Hours-of-Service (HOS) Compliance BASIC Roadside Performance measure value | 2.05 |
| Fatigued Truck Driving BASIC Roadside Performance | 82 |
| Fatigued Truck Driving (Hours-of-Service) BASIC Roadside Performance Over Threshold Indicator (Y = Over Intervention Threshold) | Y |
| Fatigued Truck Driving (Hours-of-Service) BASIC Serious Violation Indicator (Y = Serious Violation within previous 12 months) | N |
| Fatigued Truck Driving (Hours-of-Service) BASIC Indicator (Y - Roadside Performance Percentile over threshold and/or Serious Violation within previous 12 months) | Y |
| **World Bridge Logistics Inc Truck Driver Fitness Data** | |
| Number of inspections with at least one Driver Fitness BASIC violation | 1 |
| Driver Fitness BASIC Roadside Performance measure value | .01 |
| Truck Driver Fitness BASIC Roadside Performance Percentile | 0 |
| Truck Driver Fitness BASIC Roadside Performance Over Threshold Indicator (Y = Over Intervention Threshold) | N |
| Truck Driver Fitness BASIC Serious Violation Indicator (Y = Serious Violation from investigation within previous 12 months) | N |
| Truck Driver Fitness BASIC Indicator (Y - Roadside Performance Percentile over threshold and/or Serious Violation within previous 12 months) | N |
| **World Bridge Logistics Inc Controlled Substances and Alcohol Data** | |
| Number of inspections with at least one Controlled Substances and Alcohol BASIC violation | 0 |
| Number of inspections with at least one Controlled Substances and Alcohol BASIC violation | 0 |
| Controlled Substances and Alcohol BASIC Roadside Performance | 0 |
| Controlled Substances and Alcohol BASIC Roadside Performance Over Threshold Indicator (Y = Over Intervention Threshold) | N |
| Controlled Substances and Alcohol BASIC Serious Violation Indicator (Y = Serious Violation from investigation within previous 12 months) | N |
| Controlled Substances and Alcohol BASIC Indicator (Y - Roadside Performance Percentile over threshold and/or Serious Violation within previous 12 months) | N |
| **World Bridge Logistics Inc Vehicle Maintenance Data** | |
| Number of inspections with at least one Vehicle Maintenance BASIC violation | 10 |
| Vehicle Maintenance BASIC Roadside Performance measure value | 8.06 |
| Vehicle Maintenance BASIC Roadside Performance | 77 |
| Vehicle Maintenance BASIC Roadside Performance Over Threshold Indicator (Y = Over Intervention Threshold) | N |
| Vehicle Maintenance BASIC Serious Violation Indicator (Y = Serious Violation from investigation within previous 12 months) | N |
| Vehicle Maintenance BASIC Indicator (Y - Roadside Performance Percentile over threshold and/or Serious Violation within previous 12 months) | N |

### World Bridge Logistics Inc Insurance History

| Insurance Form | Insurance Type | Insurance Carrier | Policy/Surety | Coverage Amount From | Coverage Amount To | Effective Date From | Effective Date To |
|---|---|---|---|---|---|---|---|
| 91X | BIPD/Primary | Westfield Insurance Co. | CSP 1 957 946 | $0 | $1,000,000 | 03/12/2015 | |
| 91X | BIPD/Primary | Westfield Insurance Co. | CSP 1 957 946 | $0 | $1,000,000 | 03/12/2015 | 04/17/2015 Cancelled |
| 91X | BIPD/Primary | Westfield Insurance Co. | CSP 1 957 946 | $0 | $1,000,000 | 03/12/2015 | 03/12/2015 Replaced |
| 91X | BIPD/Primary | Westfield Insurance Co. | CSP 1 957 946 | $0 | $750,000 | 09/03/2014 | 04/17/2015 Cancelled |
| 91X | BIPD/Primary | Westfield Insurance Co. | CSP 1 957 946 | $0 | $750,000 | 09/03/2014 | 03/12/2015 Replaced |
| 91X | BIPD/Primary | Tower Insurance Company Of New York | BAPBZ0787413 | $0 | $750,000 | 09/03/2014 | 09/03/2014 Cancelled |
| 91X | BIPD/Primary | Tower Insurance Company Of New York | BAPBZ0787413 | $0 | $750,000 | 09/03/2013 | 10/31/2013 Cancelled |
| 91X | BIPD/Primary | Tower Insurance Company Of New York | BAPBZ0787413 | $0 | $750,000 | 09/03/2013 | 09/03/2013 Replaced |

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $75,000 for bond/trust fund). The carrier may actually have higher levels of coverage.

### World Bridge Logistics Inc. Insurance Companies Information

| | |
|---|---|
| Westfield Insurance Co. | Tower Insurance Company Of New York |
| ONE PARK CIRCLE, PO BOX 5001 | 225 BROADHOLLOW RD., STE 410 |
| WESTFIELD CENTER, OH | MELVILLE, NY |
| Fax:(330)887 - 0840 | Fax:(212)655 - 2070 |

### World Bridge Logistics Inc Location on Google Map

About QuickTSI
QuickTSI is your one-stop-shop for everything you need to run your transportation and freight logistics business. Our website allows you to post load or find trucks, post trucks or find loads, look up carrier profiles, view trucking companies, find job, and browse useful information.

Contact Us
Quick Transport Solutions, Inc.
11501 Dublin Blvd. Suite 200
Dublin, CA 94568
510.857.5200
510.284.7280

Mailing Address
Quick Transport Solutions, Inc.
PO Box 3686
Hayward, CA 94544-3686

Terms & Conditions Privacy Policy
© 2011-2015 Quick Transport Solutions Inc.



   

# WORLD BRIDGE LOGISTICS INC - DULUTH, GA - TruckDriver.com DOT Directory

« Return to DOT Trucking Companies Directory

Information provided below is made available to assist the public in researching company statistics. Truckdriver.com does not have any information regarding the operations of the company listed below.

**WORLD BRIDGE LOGISTICS INC**
4500 SATELLITE BLVD SUITE 2300
DULUTH, GA  30096

Phone: 770-449-9408
Fax: 770-449-9411

### USDOT Number:
2421646

### Safety Rating (review date):
Unrated

### Cargo Types
General Freight
Intermodal Containers
Other - METAL SCRAPS
HAZMAT - Hazardous Materials

### Fleet Information
Fleet Size: 4-6 power unit(s)
MCS-150 Mileage: 900,000
MCS-150 Mileage Year: 2014
Total Trucks: 5
Total Drivers: 18

Last Update for this record: 3/17/2015

The statistics for the company above is from the US Department of Transportation public records effective date 4/1/2015. Truckdriver.com does not represent or endorse the accuracy or reliability of any information posted on this webpage. Please contact the Federal Motor Carriers Administration for any changes. http://www.fmcsa.dot.gov/

Please note, the above carrier is not currently registered with TruckDriver.com.

**Apply Now**

## Trucking Jobs in GEORGIA

Class A CDL Company Drivers— $3000 Sign on Bonus at American Central Transport

Up to $2500 Sign-On Bonus at Tennessee Steel Haulers

GREAT PAY-SAME DAY SETTLEMENTS delivered loads at Tennessee Steel Haulers

All Trucking Jobs in GEORGIA...

## Trucking companies in DULUTH, GA

**Company Name**

A & A LANDSCAPING SERVICES UNLIMITED INC

A V I TRANSPORT INC

AARON L ROGERS

All trucking companies in DULUTH, GA...




 

### TD TOP FIVE
Based on current truck driving job listings posted on TruckDriver.com:
1. J B Hunt
2. Schneider
3. Valley Transportation Services, Inc
4. Challenger Motor Freight
5. Super Service LLC

### WEEKLY POLL
1) How concerned are you that ISIS will launch a full scale terrorist attack on the United States in the next 12 months?

○ Deeply concerned, I have an actual survival plan in place
○ Concerned, I don't have a survival plan in place, but I've considered it
○ Somewhat concerned, I don't dwell on it, but it crosses my mind
○ Not at all concerned, I don't have any control over it

View Results
Previous Polls    **SUBMIT**

### IN THE NEWS

MORE



Truckdriver.com is dedicated to maintaining our status as the most comprehensive career resource for professional drivers. We specialize in providing a network of quality truck driving jobs for drivers, owners, operators and trucking companies. Sign up to find drivers, or apply for truck driver jobs now for free.

**FOR TRUCK DRIVERS:**
Apply For Trucking Jobs  |  Search Truck Driving Jobs  |  Trucking Companies Ready to Hire
Find Owner Operator Jobs  |  Find Over The Road (OTR) Trucking Jobs  |  TD Forum
Find Company Truck Driving Jobs  |  Trucking Links  |  DOT Trucking Company Directory

**FOR TRUCKING COMPANIES:**
Hire Truck Drivers  |  Advertise with TruckDriver.com  |  Affiliates

Site Map  |  Privacy Policy & Terms of Service  |  FAQ

Copyright © 1996-2015 TruckDriver.com
All rights reserved



