# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| WORLDBRIDGE LOGISTICS, INC. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **3-15   1506** |
| GEORGIA CARTAGE EXPRESS, INC. and SO YOUNG KIM | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SO YOUNG KIM
4500 Satellite Blvd., Ste 2300
Duluth, GA 30096

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Cole Dowsley, Jr.
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
615-465-6003
cole@thompsonburton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

DEC 22 2015

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| WORLDBRIDGE LOGISTICS, INC. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| GEORGIA CARTAGE EXPRESS, INC. and SO YOUNG KIM | ) ) ) | **3-15  1506** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GEORGIA CARTAGE EXPRESS, INC.
c/o Registered Agent: So Young Kim
4500 Satellite Blvd., Ste 2300
Duluth, GA 30096

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Cole Dowsley, Jr.
THOMPSON BURTON PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
615-465-6003
cole@thompsonburton.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

**DEC 22 2015**

CLERK OF COURT

Date: _____

*Signature of Clerk or Deputy Clerk*